UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA SUMNER,

    Plaintiff,

v.                                               CASE NO.: 8:12-cv-1475-T-23MAP

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

An August 5, 2013, report (Doc. 15) recommends affirming the Commissioner's decision. More than seventeen days has passed, and the plaintiff fails to object. The report and recommendation (Doc. 15) is **ADOPTED**. The Commissioner's decision is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on August 27, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE